# EXHIBIT 3





### Jairus Nytes
President & Founder at Creating Survivors
Washington, District Of Columbia
Nonprofit Organization Management

| | |
|---|---|
| Current | Creating Survivors |
| Previous | Trustify, car2go, Trebizond Investments, LLC |
| Education | Georgetown University |
| Websites | Company Website |

**353** connections

🌐 View this profile in another language

**Search by name**

Over 400 million professionals are already on LinkedIn. Find who you know.

| First Name | Last Name | 🔍 |

Example: Jeff Weiner

# View Jairus' full profile. It's free!

Your colleagues, classmates, and 400 million other professionals are on LinkedIn.

View Jairus' Full Profile

**Public profile badge**

Include this LinkedIn profile on other websites

[ View profile badges ]

### Experience

**President and Founder**
Creating Survivors
March 2013 – Present (4 years 2 months)

Creating Survivors is dedicated to providing students with access to counseling services in order to reduce the rate of teen suicide and help youth overcome adversity.

**Account Manager**
Trustify
May 2015 – December 2015 (8 months)

**Marketing Supervisor**
car2go
March 2013 – August 2013 (6 months)    Washington D.C. Metro Area

**Chief Technology Officer**
Trebizond Investments, LLC
January 2012 – May 2013 (1 year 5 months) | Washington D.C. Metro Area

**Ivy Insiders Director**
Revolution Prep
March 2011 – September 2012 (1 year 7 months)

### Skills

**People Also Viewed**

Gary Montemayor
Analyst at Conifer Health Solutions

Tunde Olatunji
MA in International Development Policy at Georgetown University

Mona Mohseni
Product Coordinator at FOODMatch

Kaitlyn Turner
Research Assistant at Georgetown University Initiative on Innovation Development and Evaluation (Gui2de)

Mak Kaboudan

Joseph Bradley
Student at University of San Diego

Megan Gibbs
First Grade Teacher at SVUSD

Jessica Delahanty
Student at New York University

Janelle O'Keeffe
Attended San Diego State University

Manuel Muñoz
Associate Planner at City of Azusa



PowerPoint   Microsoft Office   Microsoft Excel   Research   Data Analysis
Marketing   Sales   Leadership   Team Leadership   Marketing Strategy
Strategic Planning   Community Outreach   Public Speaking   Event Planning
Nonprofit Organizations

Education

**Georgetown University**
Computer Science, English
2010 – 2015

Groups

Georgetown University

## View Jairus' full profile to...

- See who you know in common
- Get introduced
- Contact Jairus directly

View Jairus' Full Profile

Hire independent Application Developers like Jairus

Post your project – It's free →
See Application Developers available for hire

## Connect with co-workers

Learn more about who they are.

Add your position

LinkedIn member directory: a b c d e f g h i j k l m n o p q r s t u v w x y z more   Browse members by country

© 2017   User Agreement   Privacy Policy   Community Guidelines   Cookie Policy   Copyright Policy   Unsubscribe