# EXHIBIT 4

Home        About        Get Involved        Donate        Contact



# A.C.T. On The Issues

### Advocating

Policy makers determine the resource allocations in education and can ultimately make major changes to help students.

Solution

### Counseling

Teens struggling often feel alone, without anyone to share their burdens, and among people that do not and would not understand the pain and feelings they are going through. This feeling, along with popular opinions' stigma related to counseling, often deters individuals from seeking out the help that they crucially need.

Solution

### Training

Many youth interact with their teachers and other students more than their own family. However, educators are often unaware of the issues that today's youth face, and can be unprepared to handle sensitive issues. Moreover, students speak with their peers about what they are facing. Peer helpers programs are being eliminated due to funding cuts and students have fewer and fewer people they can turn to.

Solution

Copyright © 2014 Creating Survivors | Designed by Phoenix Designs

Home    About    Get Involved    Donate    Contact

# About

### Creating Survivors - The Organization

Creating Survivors is dedicated to providing students with access to counseling services in order to reduce the rate of youth suicide and help youth overcome adversity. Click below to learn more about Creating Survivors and its mission.

More

### The Founder - Jairus Nytes

Through counseling and community support, Jairus has become a survivor of sexual abuse, mental health issues, suicide, homelessness, and more. Click below to hear his story and learn why he started Creating Survivors.

More

### The Board of Directors

Our board is comprised of professionals in education, psychology, business and more. Each and every one of them shares in a common compassion for youth and an interest in reducing the rate of youth suicide. Click below to meet out Board of Directors.

More

### Emergency Resources

National Suicide Prevention Lifeline

The Trevor Project - For LGBTQ Youth

Safe Horizon - For Abuse Victims

Covenant House - For Homeless Youth

Polaris Project - For Victims of Sex Trafficing

### Survivors' Stories

Through counseling and community support, Jairus has become a survivor of sexual abuse, mental health issues, suicide, homelessness, and more. Click below to hear his story

*Jairus* - Survivor

More

Copyright © 2014 Creating Survivors | Designed by Phoenix Designs

Home   About   Get Involved   Donate   Contact

# Contact Information

## Creating Survivors

(202) 215-0003
info@creatingsurvivors.org
1629 K St. NW Suite 300
Washington, DC 20006

Follow @C_Survivors

[Like] [Share] 125 people like this. Sign Up to see what your friends like.

## Emergency Resources

National Suicide Prevention Lifeline

The Trevor Project - For LGBTQ Youth

Safe Horizon - For Abuse Victims

Covenant House - For Homeless Youth

Polaris Project - For Victims of Sex Trafficing

## Survivors' Stories

Through counseling and community support, Jairus has become a survivor of sexual abuse, mental health issues, suicide, homelessness, and more. Click below to hear his story

***Jairus*** - *Survivor*

More

Copyright © 2014 Creating Survivors | Designed by Phoenix Designs