# EXHIBIT 5

# State of California
## Secretary of State

CERTIFICATE OF STATUS

ENTITY NAME:

TRINET HR III, INC.


FILE NUMBER:         C2433344
FORMATION DATE:      03/20/2003
TYPE:                DOMESTIC CORPORATION
JURISDICTION:        CALIFORNIA
STATUS:              ACTIVE (GOOD STANDING)


I, ALEX PADILLA, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of January 27, 2017.

**ALEX PADILLA**
Secretary of State

NP-25 (REV 01/2015)                                                    MAK