# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAIRUS D. NYTES<br>  6 Kemper Campbell Ranch Road<br>  Victorville, CA  92395 | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) |
| TRUSTIFY, INC.,<br>  200 South 12th Street<br>  Arlington, VA 22202 | )<br>)<br>)   Civil Action No.<br>) |
| and | ) |
| TRINET HR CORPORATION,<br>  1100 San Leandro Blvd, Suite 400<br>  San Leandro, CA  94577, | )<br>)<br>) |
| Defendants. | ) |

## DECLARATION OF DANNY BOICE

1. I have personal knowledge of the facts set forth below and, if called as a witness, can competently testify thereto.

2. I am the Co-Founder and Chief Executive Officer of Trustify, Inc. ("Trustify").  In my capacity as Chief Executive Officer, I am familiar with Trustify's organizational structure.

3. Trustify is a corporation incorporated under the laws of the State of Delaware.  Trustify, both at the time this action was commenced and the time it was removed to federal court, is a citizen of the State of Delaware within the meaning of Section 1332(c)(1), because it was at all times a corporation formed under the laws of the State of Delaware.

4. Trustify's principal place of business is in Arlington, Virginia. Trustify is also, both at the time this action was commenced and the time it was removed to federal court, a citizen of the Commonwealth of Virginia within the meaning of Section 1332(c)(1), because its principal place of business and corporate headquarters has been located in the Commonwealth of Virginia since July 2016. The Commonwealth of Virginia is where all of Trustify's primary executive, administrative, financial, and management functions are conducted and where the high level officers direct, control, and coordinate the corporation's activities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and based on my personal knowledge.

Executed this  27th  day of April, 2017 at Arlington, Virginia.

_____
Danny Boice

4851-5695-2647, v. 1