UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAIRUS D. NYTES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 17-788 (RBW) |
| TRUSTIFY, INC. and TRINET HR CORPORATION, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Clerk of the Court shall revise the caption of this case to reflect the correct spelling of the plaintiff's name, Jairus Nytes. It is further

**ORDERED** that this case is **REMANDED** to the Superior Court of the District of Columbia. It is further

**ORDERED** that Defendant TriNet HR Corporation's Motion to Dismiss Plaintiff's Second Amended Complaint, ECF No. 10, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that this case is **CLOSED**.

**SO ORDERED** this 20th day of March, 2018.

REGGIE B. WALTON
United States District Judge